UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUTH ANN ESTEP | : | |
| 15308 Blue Willow Lane | : | |
| Accokeek, Maryland 20607 | : | |
| | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. |
| | : | |
| UNITED STATES OF AMERICA | : | Desk Type:  Civil General |
| Roscoe C. Howard, Jr. Esq. | : | |
| United States Attorney for the District of | : | |
| Columbia | : | |
| 555 4th Street, NW. | : | |
| Room 5806 | : | |
| Washington, DC 20001 | : | |
| | : | |
| ALSO SERVE: | : | |
| | : | |
| UNITED STATES POSTAL SERVICE | : | |
| Serve:  Postmaster General, | : | |
| John E. Potter | : | |
| 475 L'Enfant Plaza, SW | : | |
| Washington, DC 20260 | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

TO THE HONORABLE, THE JUDGES OF SAID COURT:

COMES NOW the Plaintiff, Ruth Ann Estep, by and through her attorney, Alan J. Lander, and brings this action against the Defendant, the United States of America, and in support states as follows:

### COUNT I

1. That jurisdiction is founded in 28 U.S.C. ss1346(b) (1994).

2. That Plaintiff, Ruth Ann Estep, is an adult citizen of the United States and a resident of Prince George's County, Maryland.

3. That the United States Postal Service is an executive agency of the United States Government. The U.S. Postal Service was placed on proper notice on June 29, 2004.

4. That on or about March 2, 2004, the Plaintiff, Ruth Ann Estep, was a passenger in a vehicle operating on 2nd and H Streets, N.W., in Washington, in the District of Columbia. At all times herein, Plaintiff was a passenger and acted in a lawful and prudent manner and the vehicle she was a passenger in had the right-of-way.

5. At the same time, Lal Chand Bhalla, acting as an employee-agent of the Defendant, the United States of America, (hereinafter referred to U.S.A.) was operating a vehicle on 2nd and H Streets, N.W., in the District of Columbia, when he failed to yield the right of way and proceeded into the intersection causing a collision with plaintiff's vehicle, and severely injuring Plaintiff.

6. That it was then and there the duty of Defendant, Lal Chand Bhalla, as an employee-agent of the Defendant, U.S.A., to use due care to watch where he was driving, to maintain a proper lookout, to obey the traffic laws and rules of the road, to maintain a proper speed for the conditions present, to reduce speed to avoid the accident, to maintain control of his vehicle, to pay full time and attention, to stop his vehicle in order to avoid a collision, and to yield the right of way, particularly with regard to Plaintiff, Ruth Ann Estep.

7. That the Defendant, Lal Chand Bhalla, as employee/agent of the Defendant, U.S.A., then and there breached that duty of due care by failing to watch where he was driving, failing to maintain a proper lookout, failing to obey the traffic laws and rules of the road, failing to maintain a proper speed for the conditions present, failing to reduce speed to avoid an accident, failing to control his vehicle, failing to pay full time and attention, failing to yield the right of way, failing to use due care, particularly when he struck the Plaintiff's vehicle. At no time was the Plaintiff contributorily negligent and she had no opportunity to avoid the accident.

8. That said negligence on the part of the Defendant, Lal Chand Bhalla, as employee/agent of the Defendant, U.S.A., was the actual and proximate cause of the collision.

The said collision was the actual and proximate cause of the injuries and damages that occurred to Plaintiff, Ruth Ann Estep, on the date aforesaid.

9. That as a direct and proximate result of the negligence of the agent/employee of the Defendant, Plaintiff has suffered and will continue to suffer in the future severe physical injuries and mental anguish.  Additionally, Plaintiff has expended and will continue to expend in the future vast sums for medical care and treatments, medicines, nursing service, physical therapy and other protracted medical-related attention.  Further, the Plaintiff has lost extensive wages and will continue to lose such wages in the future and thus presents a claim for past and future earnings loss and loss of earning capacity.  Plaintiff is unable to perform her normal household duties and thus presents a claim for loss of home services.  Finally, the Plaintiff incurred property damage.  All the above damages were directly and proximately caused by the aforementioned negligence of the agent/employee of the Defendant and were incurred without contributory negligence on the part of the Plaintiff or an opportunity for the Plaintiff to avoid the collision.

WHEREFORE, the Plaintiff, Ruth Ann Estep, demands judgment against the Defendant, U.S.A., in the amount of Two Hundred Thousand Dollars ($200,000.00) plus costs.

Respectfully submitted,

_____
Alan J. Lander, #973604
1900 L Street, N.W.
Suite 505
Washington, DC 20036
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RUTH ANN ESTEP | : | |
| 15308 Blue Willow Lane | : | |
| Accokeek, Maryland 20607 | : | |
| | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. |
| | : | |
| UNITED STATES OF AMERICA | : | Desk Type:  Civil General |
| Roscoe C. Howard, Jr. Esq. | : | |
| United States Attorney for the District of | : | |
|  Columbia | : | |
| 555 4th Street, NW. | : | |
| Room 5806 | : | |
| Washington, DC 20001 | : | |
| | : | |
| ALSO SERVE: | : | |
| | : | |
| UNITED STATES POSTAL SERVICE | : | |
| Serve:  Postmaster General, | : | |
| John E. Potter | : | |
| 475 L'Enfant Plaza, SW | : | |
| Washington, DC 20260 | : | |
| | : | |
| Defendant. | : | |

<u>REQUEST FOR JURY TRIAL</u>

      Plaintiffs, by counsel, Alan J. Lander, hereby request a trial by jury for the above-captioned matter.

                                            Respectfully submitted,

                                        _____
                                        Alan J. Lander, #973604
                                        1900 L Street, N.W.
                                        Suite 505
                                        Washington, DC 20036
                                        202-466-3111
                                        Attorney for Plaintiff