IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUTH ANN ESTEP<br>15308 Blue Willow Lane<br>Accokeek, MD 20607<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Roscoe C. Howard, Jr., Esq.<br>United States Attorney for<br>the District of Columbia<br>555 4th Street, N.W.<br>Room 5806<br>Washington, D.C. 20001<br><br>ALSO SERVE:<br><br>UNITED STATES POSTAL SERVICE<br>Serve: Postmaster General<br>John E. Potter<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260<br><br>      Defendant. | Civil Action No. 06-0470 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/ Diane M. Sullivan
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7205