UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RUTH ANN ESTEP                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )       Case No. 1:06CV00470 RMC
                                        )
UNITED STATES OF AMERICA,                )
                                        )
        Defendant.                      )

## DECLARATION OF GREG FAISON

I, GREG FAISON, make the following declaration in lieu of affidavit

pursuant to 28 U.S.C. § 1746. I am aware that this declaration is the legal

equivalent of a statement under oath and that it will be filed in the United States

District Court for the District of Columbia.

1.      I am presently employed by the United States Postal Service in the

Capital District as a Tort Claims Coordinator.

2.      I am the custodian for the accident investigation files and am

responsible for processing and maintaining Tort and Accident claims made

against the United States Postal Service for the Capital District.

3.      I have reviewed the tort claim files for the fiscal years 2004 through

the present, and Ruth Ann Estep has not filed a tort claim in the Capital District

during that time.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

GREG FAISON
TORT CLAIMS COORDINATOR
CAPITAL DISTRICT

June 6 2006
Date

2