UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RUTH ANN ESTEP,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-470 (RMC) |
| ) | |
| **UNITED STATES,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

On June 20, 2006, Defendants filed a motion to dismiss in this matter. Pursuant to Local Civil Rule 7(b), Plaintiff was required to file a response to the motion within eleven days, but Plaintiff has not done so. Local Rule 7(b) further provides, "If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." The discretion to enforce this rule lies wholly with the district court. *FDIC v. Bender*, 127 F.3d 58, 68 (D.C. Cir. 1997).

Accordingly, it is hereby

**ORDERED** that, on or before August 3, 2006, Plaintiff shall **SHOW CAUSE** in writing why the Court should not grant the Defendants' motion to dismiss as conceded pursuant to Local Rule 7(b).

**SO ORDERED**.

Date: July 20, 2006                                    /s/
                                                            ROSEMARY M. COLLYER
                                                            United States District Judge