# ERIK D. FRYE, P.A.

14452 OLD MILL ROAD
SUITE 201
UPPER MARLBORO, MARYLAND 20772

TEL: (301) 780-9020
FAX: (301) 780-9024

ERIK D. FRYE
ERIK.FRYE@VERIZON.NET

JOHN A. MOODY
JAMOODY.FRYELAW@VERIZON.NET

June 29, 2004

General Counsel's Office
441 G Street, N.W.
Washington, DC 20548

Attn: Ms. Barbara Simball
      Room #7838

Re: Our client: Ruth Ann Estep
    D/A: 3/02/04
    Location: H Street, N.W.
    Driver: Lal Chand Bhalla
    Owner: GAO

Dear Ms. Simball:

Please be advised that this office represents Ms. Ruth Ann Estep relative to injuries she sustained in an automobile accident on the above referenced date.

It is my understanding that you are handling this file. It would, therefore, be appreciated if you would make note of our representation, forward the SF 95 form to our office so that we may make a claim and advise this office with your position regarding liability.

All future correspondence and/or communication should be directed to Sarah Daniello of this office.

Sincerely,

Erik D. Frye