

**United States General Accounting Office**
Washington, DC 20548

July 22, 2004

Sarah Daniello
14452 Old Mill Road
Suite 201
Upper Marlboro, MD 20772

Re:   Ruth Ann Estep

Dear Ms. Daniello:

    We have been advised that your firm represents Ms. Ruth Ann Estep in connection with an automobile accident on March 2, 2004. As requested by letter from your office dated June 29, 2004, enclosed is Standard Form 95. Please submit the form and all supporting documents to my attention. If you wish to discuss this matter, feel free to contact me at (202) 512-6074.

Sincerely yours,

*[signature]*

Lincoln Schroth
Senior Attorney

Enclosure