

**United States Government Accountability Office**
**Washington, DC 20548**

**VIA CERTIFIED MAIL**

February 21, 2006

Eric D. Frye
14452 Old Mill Road
Upper Marlboro, Maryland 20772

Dear Mr. Frye:

This letter is in response to your claim in the amount of $200,000 filed on behalf of your client, Ruth Ann Estep, under the Federal Tort Claims Act (the "Claim"). The Claim relates to an alleged personal injury stemming from a motor vehicle accident which allegedly occurred on or about March 2, 2004 involving Ms. Estep and Lal Bhalla, an employee of the United States Government Accountability Office ("GAO").

GAO has attempted to negotiate a settlement of the Claim with you pursuant to 28 U.S.C. § 2672. During the course of negotiations, you indicated that you would be willing to settle the Claim for $35,000, which is significantly more than GAO values the Claim. Accordingly, this letter is a "final denial" of the Claim for purposes of 28 U.S.C. § 2675(a). If you are dissatisfied with this action, you may file suit not later than six (6) months after the date of mailing of this letter.

Sincerely yours,

*L. A. Schroth*

Lincoln Schroth
Senior Attorney