Ruth Ann Estep / 14 March 04
Claim # 00320965601010099

II 1258

PD 10 Rev. 7/86 Prescribing Order 401.3

# TRAFFIC ACCIDENT REPORT

Metropolitan Police Department, Washington, D.C.

| Date of Accident | Time | Day of Week | Date of this Report | Type of Accident | Complaint No. |
|---|---|---|---|---|---|
| 3/2/04 | 1845 | TU | 3/2/04 | ☒ Prop. Damage | 028672 |

Accident occurred on: H ST NW — District: 1D — P.S.A.: 102 — No. Vehicles: 2 — No. Injured: Ø — No. of Occupants: Veh. 1: 2, 2: 3

At/near: C ... 2ND ST

**1. Driver/Pedestrian/Fixed Object**

| Name | Sex | Birthdate |
|---|---|---|
| BHALLA, LAL CHAND | ☒ M | 2/13/41 |

Address: 3402 TAYLOR ST BRENTWOOD MD 20722
Home Phone: N/A — Permit Number and State: B460 488 115 116 — Bus. Phone: 202-512-4242

| Model | Make | Year | Body | Color | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|
| AKID | FORD | 97 | VAN | GRN | G413029 US | 1FMDA31U.VZC 24907 |

Owner: GAO — Phone: 202-512-9827
Address: 441 G ST NW WDC — ☒ Yes

**2. Driver/Pedestrian/Fixed Object**

| Name | Sex | Birthdate |
|---|---|---|
| BRISCOE, WILLIAM THEODORE | ☒ M | 7/12/43 |

Address: 15308 BLUE WILLOW LN ACCOKEEK MD 20607
Home Phone: 301-203-5114 — Permit Number and State: B620887792552 / MD — Bus. Phone: N/A

| Model | Make | Year | Body | Color | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|
| 740 | BMW | 98 | 4DR | BLK | LMD893 MD | WBAGJ8322WD M16259 |

Owner: — DRIVER —

**3.** / **4.** (blank)

**Non-involved Witness** — Name / Address / Phone Number (blank)

**Persons Involved**

| Name/Address/Phone No. | Age | Sex | Car No. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BHALLA | 63 | M | 1 | 01 | 04 | 00 | 00 | 01 | ☒ No | ☒ No |
| PRICE, TANIA 161 41ST ST NE #302 WDC 202 396 6395 | A | F | 1 | 06 | 04 | 00 | 00 | 01 | ☒ No | ☒ No |
| BRISCOE | 61 | M | 2 | 01 | 04 | 00 | 00 | 01 | ☒ No | ☒ No |
| ESTEP, RUTHANN | A | F | 2 | 03 | 04 | 00 | 00 | 01 | ☒ No | ☒ No |
| ESTEP, CHRISTOPHER | A | M | 2 | 06 | 04 | 00 | 00 | 01 | ☒ No | ☒ No |

**Injured to Hospital**

| Name of Injured Person | Where Taken (Hospital) | By Whom | Status | TES Notified (Name) | Teletype Notified (Name) | Relative Notified (Name) |
|---|---|---|---|---|---|---|
| | | | | | | |

**Vehicle No. 1** — Direction of travel: N/B 2ND ST — Vehicle was: ☒ Driven away by: D1 — Circle all numbers where there is damage: (1) — To impact: 6 — After impact: 4

**Vehicle No. 2** — Direction of travel: W/B H ST — Vehicle was: ☒ Driven away by: D2 — Damage: 10 — To impact: 9 — After impact: 4

**Vehicle No. 3** / **Vehicle No. 4** (blank)

13 Hood 14 Roof 15 Trunk 16 Undercarriage 17 Overturned 18 Other (Explain in Narrative)

900 BLK 2ND ST NW
V2
D
STANDING TRAFFIC
STANDING TRAFFIC
V1 D
200 BLK H ST NW
SPEED LIMIT 25 MPH
NORTH

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represents the opinion and conclusions of the reporting officer based on his/her judgement after considering all of the facts disclosed through his/her investigation of this accident.

Complaint No. 028672

1 of 1 Page

| Dr./Ped. | Arrest/NOI Number | Charge (Report Mid) | (ine charge) | DATE/SUBSEQUENT ENTRY - HEARING DATE | DPW 46-1 Number | Other Traffic Items |
|---|---|---|---|---|---|---|
| No. | 989414271 | FAIL TO YI | ROW | PENDING | | |
| No. | | | | | | |

NARRATIVE: Give a concise statement, in your own words, of the facts that are not covered in this report, or to clarify any items that are not satisfactorily explained. Use Continuation Sheet of report for additional space. If statements are taken, use PD 118 (Def./Suspect Statement), or PD 119 (Compl./Witness Statement). If accident occurred in a construction zone, describe type of construction.

DRIVER VEHICLE #1 E/B 200 BLK H ST NW TURNING LEFT (N/B) ONTO 900 BLK 2ND ST NW WHERE HE COLLIDED WITH VEHICLE #2 THAT WAS TRAVELING W/B H ST NW CURB LANE.
NO INJURIES REPORTED ON SCENE. NOI ISSUED AS NOTED ABOVE.

| Signature of Reporting Officer | Badge No. | Unit | Signature of Reviewing Official | Badge No. | Unit | Reviewer | Distribution |
|---|---|---|---|---|---|---|---|
| T. Coughlin | 1852 | 1D | Sgt Herbert Barnes Sgt | | 1D | | |

| Item No. | CONTINUATION SHEET (List item number of section continued with required information.) Complaint No. 028672 |
|---|---|
| | |

METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C.

25

OFFICER
T. P. COUGHLIN
BADGE # 1852

FIRST DISTRICT
415 4TH ST., S.W.
WASHINGTON, D.C. 20024

CCN# 028672
(202) 727-4655