IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUTH ANN ESTEP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0470 (RMC) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to respond to plaintiff's opposition to defendant's motion to dismiss up to and including August 30, 2006.

Counsel for the defendant will be out of the office from August 10-21, 2006. Counsel for the defendant is unable to prepare a reply due to deadlines and depositions in other cases. Counsel has a dispositive motion due August 7, 2006 in Harper v. Potter, Civil Action No. 06-0161 and witness preparation and depositions in Martin v. U.S., Civil Action No. 05-1593 on August 4th, 8th and 9th. Counsel also has oral argument in Southey-Cole v. Tomlinson, Civil Action No. 99-0663 on August 3, 2006 and ongoing mediation session scheduled for August 2, 2006. Consequently, counsel is unable to begin preparing a response until her return to the office.

Counsel left a message for plaintiff's counsel but did not receive a response to this request.

Wherefore, it is respectfully requested that the defendant have up to and including August 30, 2006 to file a reply to plaintiff's opposition.

Respectfully submitted,

__/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney



__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7205