```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
_____
                              )
RUTH ANN ESTEP                )
                              )
          Plaintiff,          )
                              )
     v.                       ) Civil Action No. 06-0470 (RMC)
                              )
UNITED STATES OF AMERICA      )
                              )
          Defendant.          )
                              )
_____)
```

## REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, SUMMARY JUDGMENT

In the instant case, the documents filed in response to the Court's Order confirm that defendant's dispositive motion is meritorious.

In the instant case, plaintiff filed suit against the United States alleging that a United States Postal Service (USPS) employee acting within the scope of his duties negligently caused injury to plaintiff (Complaint, passim). The defendant filed a dispositive motion in substantial part because: 1) the plaintiff failed to exhaust her administrative remedies under 28 U.S.C. § 2401 et seq. by filing an administrative tort claim with USPS; and, 2) the USPS has had no employee by the name of the individual identified in the complaint as the driver of the vehicle that caused injury to the plaintiff during the relevant time frame.

The documents submitted by plaintiff clearly indicate that the plaintiff's administrative tort claim was filed with the

Government Accountability Office (GAO) not the United States Postal Service as alleged. Plaintiff has filed a new case against the United States and the driver of the vehicle who was allegedly employed by the GAO. See <u>Estep v. United States Government Accountability Office, et al</u>, Civil Action No. 06-1442 (EGS).

In summary, the documents filed by the plaintiff with the Court in this case confirm that plaintiff was not injured by any alleged acts of a USPS employee and that no administrative tort claim was filed with the Postal Service.

Wherefore, the instant case should be dismissed on the grounds asserted in defendant's dispositive motion.

    Respectfully submitted,

    __/s/_____
    KENNETH L. WAINSTEIN, D.C. BAR # 451058
    United States Attorney


    __/s/_____
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney



    __/s/_____
    DIANE M. SULLIVAN, D. C. BAR # 12765
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W.
    Civil Division
    Washington, D.C. 20530
    (202) 514-7205