UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH ANN ESTEP,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-470 (RMC) |
| **UNITED STATES,** *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Ruth Ann Estep, filed this suit against the United States and the United States Postal Service (collectively "USPS"), alleging that she was injured when she was in a car accident. Ms. Estep contends that the accident was caused by the negligence of an individual by the name of Lal Chand Bhalla, whom she alleges was an employee of USPS.

USPS moved to dismiss because Ms. Estep had failed to exhaust her administrative remedies by filing an administrative tort claim with USPS as required by the Federal Tort Claims Act, 24 U.S.C. § 2401 *et seq.*, and because USPS had no employee named Lal Chand Bhalla. Ms. Estep did not timely respond to the motion to dismiss, and the Court issued an order to show cause why the motion should not be granted. Ms. Estep responded to the show cause order, asserting that she had exhausted her administrative remedies and that such exhaustion was evidenced by various exhibits. USPS replied, pointing out that the exhibits unequivocally demonstrated that Ms. Estep filed her administrative claim with the Government Accountability Office ("GAO"), not with USPS. *See, e.g.*, Pl.'s Ex. 3, Letter to GAO dated March 29, 2005. Further, Ms. Estep has filed a new case

against the GAO and Mr. Bhalla. *See Estep v. U.S. Government Accountability Office*, No. 06-1442 (filed Aug. 17, 2006). This new complaint alleges that Mr. Bhalla was an employee-agent of GAO. *Id*. (Compl. at 4). The new complaint demonstrates that Ms. Estep has conceded that her claim lies against GAO and not against USPS.

Because Ms. Estep did not exhaust her administrative remedies by filing a claim with USPS and because USPS did not employ the individual who allegedly caused Ms. Estep's injuries, the Court will grant USPS's motion to dismiss.

Accordingly, it is hereby

**ORDERED** that, USPS's motion to dismiss [Dkt. #3] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date:   September 15, 2006               _____/s/_____
                                         ROSEMARY M. COLLYER
                                         United States District Judge.